Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.:  22−11662−MBK
                Chapter:  13
                Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Bryan J. Sachs
   655 Woodland Avenue
   Laurence Harbor, NJ 08879

Social Security No.:
   xxx−xx−8010

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on May 17, 2022.

Dated: May 17, 2022
JAN: wiq

                                                  Jeanne Naughton
                                                  Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Bryan J. Sachs  
    Debtor

Case No. 22-11662-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: May 17, 2022      Form ID: plncf13      Total Noticed: 36

The following symbols are used throughout this certificate:  
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bryan J. Sachs, 655 Woodland Avenue, Laurence Harbor, NJ 08879-2728 |
| 519520535 | + | American Express, PO Box 31511, Salt Lake City, UT 84131-0511 |
| 519520537 | + | Bank of America, PO Box 672050, Dallas, TX 75267-2050 |
| 519527196 | | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519520543 | + | Chris and Julie Sachs, 1703 Country Ln, Monroe, WI 53566-2627 |
| 519520553 | + | Deborah Sachs, c/o Middlesex Co Probation, 189 New Street, New Brunswick, NJ 08901-2068 |
| 519520554 | + | Deborah Sachs, 47B Galewood Dr, Matawan, NJ 07747-4426 |
| 519520547 | | Harley Davidson/US Bank, PO Box 6335, Fargo, ND 58125-6335 |
| 519520550 | | Mavis/Synchrony Bank, Att: Bankruptcy Dept., PO Box 965064, Orlando, FL 32896-5064 |
| 519520551 | + | Pep Boys Synchrony, PO Box 965036, Orlando, FL 32896-5036 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 17 2022 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 17 2022 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519520534 | + | Email/PDF: gecsedi@recoverycorp.com | May 17 2022 20:51:03 | Amazon Synchrony Bank, PO Box 960013, Orlando, FL 32896-0013 |
| 519520536 | | Email/PDF: bncnotices@becket-lee.com | May 17 2022 20:51:03 | American Express, PO Box 297858, Fort Lauderdale, FL 33329-7858 |
| 519540398 | | Email/PDF: bncnotices@becket-lee.com | May 17 2022 20:51:13 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519520538 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 17 2022 20:41:00 | Bank of America, 1950 N Stemmons Fwy, Ste 6020, Dallas, TX 75207 |
| 519564576 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 17 2022 20:41:00 | Bank of America, N.A., P.O. Box 31785, Tampa FL 33631-3785 |
| 519520539 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 17 2022 20:51:14 | Capital One, Bankruptcy Department, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519538083 | + | Email/PDF: ebn_ais@aisinfo.com | May 17 2022 20:51:04 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519520540 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 17 2022 20:51:25 | Capital One Services LLC, Att: Bankruptcy Department, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519520544 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 17 2022 20:51:20 | Citi Cards Home Depot, PO Box 790345, Saint Louis, MO 63179-0345 |
| 519520545 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 17 2022 20:51:30 | CitiCards, PO Box 790345, Saint Louis, MO 63179-0345 |

Case 22-11662-MBK    Doc 18    Filed 05/19/22    Entered 05/20/22 00:13:32    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 17, 2022 | Form ID: plncf13 | Total Noticed: 36 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519520546 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 17 2022 20:51:30 | Exxon/Mobil, Att: Citi, PO Box 6404, Sioux Falls, SD 57117-6404 |
| 519520541 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 17 2022 20:51:25 | Chase, PO Box 15298, Att: Bankruptcy Dept, Wilmington, DE 19850-5298 |
| 519520542 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 17 2022 20:51:14 | Chase Cardmember Serv, PO Box 15548, Wilmington, DE 19886-5548 |
| 519543441 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | May 17 2022 20:42:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519566258 | | Email/PDF: resurgentbknotifications@resurgent.com | May 17 2022 20:51:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519520548 | | Email/PDF: gecsedi@recoverycorp.com | May 17 2022 20:51:27 | Littman Jewelers/Synchony Bank, PO Box 965033, Orlando, FL 32896-5033 |
| 519520549 | | Email/PDF: gecsedi@recoverycorp.com | May 17 2022 20:51:15 | Lowe's, Att: Synchrony Bank, PO Box 965004, Orlando, FL 32896-5004 |
| 519530888 | + | Email/Text: bankruptcydpt@mcmcg.com | May 17 2022 20:42:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519579707 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 17 2022 20:51:28 | Portfolio Recovery Associates, LLC, c/o Exxon Mobil, POB 41067, Norfolk VA 23541 |
| 519557965 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 17 2022 20:51:28 | Portfolio Recovery Associates, LLC, c/o Lowes, POB 41067, Norfolk VA 23541 |
| 519565148 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 17 2022 20:51:28 | Portfolio Recovery Associates, LLC, c/o THE HOME DEPOT, POB 41067, Norfolk, VA 23541 |
| 519520552 | + | Email/Text: ngisupport@radiusgs.com | May 17 2022 20:42:00 | Radius Global Solutions LLC, 500 N Franklin Tpke, Ste 200, Ramsey, NJ 07446-1160 |
| 519522025 | + | Email/PDF: gecsedi@recoverycorp.com | May 17 2022 20:51:03 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519555627 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 17 2022 20:42:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519544970 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519545003 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: May 17, 2022 | Form ID: plncf13 | Total Noticed: 36 |

Date: May 19, 2022            Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Warren Brumel | on behalf of Debtor Bryan J. Sachs wbrumel@keyportlaw.com  brumellawecf@gmail.com;wbrumel@keyportlaw.com |

TOTAL: 4