KML LAW GROUP, P.C.
A Professional Corporation incorporated in Pennsylvania
701 Market Street, Suite 5000
Philadelphia, PA 19106
(215) 627-1322
Attorneys for BANK OF AMERICA, N.A.

| | |
|---|---|
| IN THE MATTER OF:<br><br>Bryan J. Sachs<br><br>DEBTOR(S), | **IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY**<br><br>CHAPTER 13<br>CASE NO. 22-11662 MBK<br><br>**STATEMENT AS TO WHY NO BRIEF IS NECESSARY IN ACCORDANCE WITH "LOCAL RULES OF BANKRUPTCY PRACTICE" RULE 3(C)** |

The within Notice of Motion requests relief from the automatic stay on the grounds, as set forth on the accompanying Certification, that the debtor(s) have failed to maintain their monthly mortgage payments to the Secured Creditor.

As the facts the secured creditor relies upon, as set forth on the accompanying certification, and the basis for relief from the automatic stay, do not present complicated questions of fact or unique questions of law, it is hereby submitted that no brief is necessary in the Court's consideration of the within Motion.

DATED: September 28, 2022                **/s/ Denise Carlon, Esq.**
                                          Denise Carlon, Esquire
                                          KML Law Group, P.C.
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA 19106
                                          (215) 627-1322
                                          dcarlon@kmllawgroup.com
                                          Attorney for BANK OF AMERICA, N.A.