# EXHIBIT C

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J.LBR 9004-1<br>Denise Carlon<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>Main Phone: 609-250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor:<br>BANK OF AMERICA, N.A. | CASE NO. 22-11662 MBK<br>CHAPTER 13<br>Judge: Michael B. Kaplan |
|---|---|
| In re:<br><br>Bryan J. Sachs | |

### CERTIFICATE RE POST-PETITION PAYMENT HISTORY ON THE NOTE AND MORTGAGE DATED FEBRUARY 25, 2008

I, Arlene Skelly, employed as Assistant Vice President by Bank of America, N.A., hereby certifies the following information:

Recorded on March 06, 2008, in Middlesex County, in Book 12863, at Page 0582.
Property Address: 655 WOODLAND AVE, LAURENCE HARBOR, NJ 08879-2728.

Mortgage Holder: BANK OF AMERICA, N.A.

Mortgagor(s)/ Debtor(s): Bryan J. Sachs

POST-PETITION PAYMENTS (Petition filed on March 02, 2022)

| Amount Due | Date pymt was due | How Pymt was Applied (mo/yr) | Amount Received | Date Pymt Rec'd | Suspense |
|---|---|---|---|---|---|
|  |  | To Suspense | $1,299.68 | 04/15/2022 | $1,299.68 |
|  |  | To Suspense | $34.52 | 04/19/2022 | $1,334.20 |
| $1,334.20 | 04/01/2022 | 04/2022 | From Suspense | 04/19/2022 | $0.00 |
| $1,334.20 | 05/01/2022 | 05/2022 | $1,334.20 | 05/16/2022 | $0.00 |
| $1,334.20 | 06/01/2022 | 06/2022 | $1,334.20 | 06/10/2022 | $0.00 |
| $1,334.20 | 07/01/2022 |  | $0.00 |  | $0.00 |
| $1,334.20 | 08/01/2022 |  | $0.00 |  | $0.00 |
| $1,334.20 | 09/01/2022 |  | $0.00 |  | $0.00 |
| **Total Due: $8,005.20** || **Total Received: $4,002.60** || **Arrears: $4,002.60** ||

Continue on attached sheets if necessary.

Monthly payments past due: 3 mos. X $1,334.20.
(Monthly payment+late charge) = $1,334.20 as of September 09, 2022.

Each current monthly payment is comprised of:

| | |
|---|---|
| Principal: | $842.32* |
| Interest: | $ See note to immediately preceding line. |
| R.E. Taxes: | $351.46 |
| Insurance: | $140.42 |
| Late Charges: | $0.00 |
| Other: | $_____ (Specify:) |
| TOTAL | $1,334.20 |

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary)

PRE-PETITION ARREARS: N/A

I certify under penalty of perjury that the foregoing is true and correct.

Dated: September 26, 2022

_____
Signature  Arlene Skelly
Assistant Vice President

* The amount in this line reflects the portion of the current monthly payment that is comprised of principal and interest.