UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

KML Law Group, P.C.
By:  Denise Carlon, Esquire
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
Attorneys for Secured Creditor:
 BANK OF AMERICA, N.A.

In Re:

   Bryan J. Sachs
             Debtor

Case No.:    22-11662 MBK

Chapter:     13

Adv. No.:    _____

Hearing Date: 11/09/22, 9:00 AM

Judge:       Michael B. Kaplan

## CERTIFICATION OF SERVICE

1. I, Thomas Diruscio

    ☐ Represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for Denise Carlon, Esquire, who represents the Movant in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On September 28, 2022, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    - Notice of Motion for Relief of Automatic Stay
    - Certification of Support in Motion of Relief from Automatic Stay
    - Proposed Order
    - Certification of Service

3. I certify under penalty of perjury that the above document were sent using the mode of service indicated.

Dated:  September 28, 2022              /S/Thomas Diruscio
                                         Signature

| Name and Address of Party Served | Relation of Party to the Case | Mode of Service |
|---|---|---|
| Bryan J. Sachs<br>655 Woodland Avenue<br>Laurence Harbor, NJ 08879 | Debtor | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Brumel, Warren<br>Law Office of Warren Brumel<br>65 Main Street, PO Box 181<br>Keyport, NJ 07735 | Attorney for Debtor | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Notice of Electronic Filing (NEF)<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Russo, Albert<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Chapter 13 Trustee | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Notice of Electronic Filing (NEF)<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev. 8/1/16*