UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
BRYAN J. SACHS

Case No.: 22-11662-MBK  
Chapter: 13  
Judge: MBK

## NOTICE OF PROPOSED PRIVATE SALE

_____Bryan J. Sachs_____, _____Debtor_____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:  
US Bankruptcy Court Clerk  
402 East State Street  
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable ___Michael B. Kaplan USBJ___ on ___March 13, 2024___ at ___9:00___ a.m. at the United States Bankruptcy Court, courtroom no. ___8___, ___402 East State Street, Trenton, NJ___. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:  
655 Woodland Ave  
Old Bridge Twp, Middlesex County  
Laurence Harbor, NJ 08879

Proposed Purchaser: Sydney Gable

Sale price: $325,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional: Kevin H. Morse, Esq.  / Thomas Novembre  
Amount to be paid: $1250.00 plus costs  /  Commission not to exceed 5%  
Services rendered: Ordinary and usual legal and real estate salesperson services in connection with the marketing, closing and sale of debtor's real property.

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Warren Brumel, Esq.

Address: PO Box 181, Keyport, NJ 07735

Telephone No.: 732-264-3400

*rev.8/1/15*