| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Warren Brumel, Esq. #018191980<br>Attorney for Debtor<br>PO Box 181<br>Keyport, NJ 07735<br>732-264-3400<br>wbrumel@keyportlaw.com | |
| In Re:<br><br>BRYAN J. SACHS | Case No.: __22-11662__<br>Adv. No.: _____<br>Hearing Date: __03/13/2024__<br>Judge: __MBK__ |

## CERTIFICATION OF SERVICE

1. I, ___Warren Brumel, Esq.___ :

    ☑ represent the ___Debtor___ in the above-captioned matter.

    ☐ am the secretary/paralegal for _____, who represents the _____ in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On ___02/15/2024___, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    Application for Retention of Professional, Supporting Certification, Proposed form of Order for real estate special counsel, realtor; Motion to Approve Sale including certification, exhibit, proposed order.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.


Dated: __02/15/2024__                    /s/ Warren Brumel
                                          Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Denise E. Carlon, Esq.<br>KML Law Group PC<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | Atty for Secured Cred | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| William M.E. Powers, III, Esq.<br>Powers Kirn, LLC<br>PO Box 848<br>Moorestown, NJ 08057 | Atty for Secured Cred | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |