UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:
BRYAN J. SACHS

Case No.: 22-11662-MBK
Chapter: 13
Judge: MBK

## NOTICE OF PROPOSED PRIVATE SALE

_____Bryan J. Sachs_____, _____Debtor_____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

| Address of the Clerk: | US Bankruptcy Court Clerk<br>402 East State Street<br>Trenton, NJ 08608 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable __Michael B. Kaplan USBJ__ on __March 13, 2024__ at __9:00__ a.m. at the United States Bankruptcy Court, courtroom no. __8__, __402 East State Street, Trenton, NJ__. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

| Description of property to be sold: | 655 Woodland Ave<br>Old Bridge Twp, Middlesex County<br>Laurence Harbor, NJ 08879 |
|---|---|

| Proposed Purchaser: | Sydney Gable |
|---|---|

| Sale price: | $325,000.00 |
|---|---|

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| Name of Professional: | Kevin H. Morse, Esq.  /  Thomas Novembre |
|---|---|
| Amount to be paid: | $1250.00 plus costs  /  Commission not to exceed 5% |
| Services rendered: | Ordinary and usual legal and real estate salesperson services in connection with the marketing, closing and sale of debtor's real property. |

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Warren Brumel, Esq.

Address: PO Box 181, Keyport, NJ 07735

Telephone No.: 732-264-3400

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 22-11662-MBK
Bryan J. Sachs  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 3
Date Rcvd: Feb 15, 2024  Form ID: pdf905  Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bryan J. Sachs, 655 Woodland Avenue, Laurence Harbor, NJ 08879-2728 |
| 519520535 | + | American Express, PO Box 31511, Salt Lake City, UT 84131-0511 |
| 519520543 | + | Chris and Julie Sachs, 1703 Country Ln, Monroe, WI 53566-2627 |
| 519520553 | + | Deborah Sachs, c/o Middlesex Co Probation, 189 New Street, New Brunswick, NJ 08901-2068 |
| 519520554 | + | Deborah Sachs, 47B Galewood Dr, Matawan, NJ 07747-4426 |
| 519520547 | | Harley Davidson/US Bank, PO Box 6335, Fargo, ND 58125-6335 |
| 519520550 | | Mavis/Synchrony Bank, Att: Bankruptcy Dept., PO Box 965064, Orlando, FL 32896-5064 |
| 519520551 | + | Pep Boys Synchrony, PO Box 965036, Orlando, FL 32896-5036 |
| 519522025 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 15 2024 21:06:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 15 2024 21:06:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519520534 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 15 2024 21:30:19 | Amazon Synchrony Bank, PO Box 960013, Orlando, FL 32896-0013 |
| 519520536 | | Email/PDF: bncnotices@becket-lee.com | Feb 15 2024 21:19:18 | American Express, PO Box 297858, Fort Lauderdale, FL 33329-7858 |
| 519540398 | | Email/PDF: bncnotices@becket-lee.com | Feb 15 2024 21:18:50 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519520538 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 15 2024 21:04:00 | Bank of America, 1950 N Stemmons Fwy, Ste 6020, Dallas, TX 75207 |
| 519520537 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 15 2024 21:04:00 | Bank of America, PO Box 672050, Dallas, TX 75267-2050 |
| 519564576 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 15 2024 21:04:00 | Bank of America, N.A., P.O. Box 31785, Tampa FL 33631-3785 |
| 519527196 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 15 2024 21:04:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519520539 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 15 2024 21:18:42 | Capital One, Bankruptcy Department, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519538083 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 15 2024 21:19:14 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519520540 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 15 2024 21:30:21 | Capital One Services LLC, Att: Bankruptcy Department, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519520544 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 15, 2024 | Form ID: pdf905 | Total Noticed: 36 |

| | | | | |
|---|---|---|---|---|
| | | | Feb 15 2024 21:30:12 | Citi Cards Home Depot, PO Box 790345, Saint Louis, MO 63179-0345 |
| 519520545 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Feb 15 2024 21:30:12 | CitiCards, PO Box 790345, Saint Louis, MO 63179-0345 |
| 519520546 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Feb 15 2024 21:19:06 | Exxon/Mobil, Att: Citi, PO Box 6404, Sioux Falls, SD 57117-6404 |
| 519520541 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Feb 15 2024 21:30:23 | Chase, PO Box 15298, Att: Bankruptcy Dept, Wilmington, DE 19850-5298 |
| 519520542 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Feb 15 2024 21:18:54 | Chase Cardmember Serv, PO Box 15548, Wilmington, DE 19886-5548 |
| 519543441 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | | |
| | | | Feb 15 2024 21:05:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519566258 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Feb 15 2024 21:30:12 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519520548 | | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Feb 15 2024 21:30:23 | Littman Jewelers/Synchony Bank, PO Box 965033, Orlando, FL 32896-5033 |
| 519520549 | | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Feb 15 2024 21:19:00 | Lowe's, Att: Synchrony Bank, PO Box 965004, Orlando, FL 32896-5004 |
| 519530888 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Feb 15 2024 21:06:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519579707 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Feb 15 2024 21:30:12 | Portfolio Recovery Associates, LLC, c/o Exxon Mobil, POB 41067, Norfolk VA 23541 |
| 519557965 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Feb 15 2024 21:19:11 | Portfolio Recovery Associates, LLC, c/o Lowes, POB 41067, Norfolk VA 23541 |
| 519565148 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Feb 15 2024 21:18:46 | Portfolio Recovery Associates, LLC, c/o THE HOME DEPOT, POB 41067, Norfolk, VA 23541 |
| 519520552 | + | Email/Text: ngisupport@radiusgs.com | | |
| | | | Feb 15 2024 21:05:00 | Radius Global Solutions LLC, 500 N Franklin Tpke, Ste 200, Ramsey, NJ 07446-1178 |
| 519555627 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | | |
| | | | Feb 15 2024 21:06:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519544970 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519545003 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Feb 15, 2024 | Form ID: pdf905 | Total Noticed: 36

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2024          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2024 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Warren Brumel | on behalf of Debtor Bryan J. Sachs wbrumel@keyportlaw.com  brumellawecf@gmail.com;wbrumel@keyportlaw.com |
| William M.E. Powers, III | on behalf of Creditor Bank of America  N.A. ecf@powerskirn.com |

TOTAL: 5