Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  22-11662-MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Bryan J. Sachs
    655 Woodland Avenue
    Laurence Harbor, NJ 08879

Social Security No.:
    xxx-xx-8010

Employer's Tax I.D. No.:

---

### NOTICE OF JUDGMENT OR ORDER
#### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on February 23, 2024, the court entered the following judgment or order on the court's docket in the above-captioned case:

Document Number: 37 – 31
Order Granting Application to Employ Thomas Novembre as Realtor (Related Doc # 31). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 2/23/2024. (wiq)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: February 23, 2024
JAN: wiq

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 22-11662-MBK

Bryan J. Sachs                                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                                    Page 1 of 1

Date Rcvd: Feb 23, 2024                  Form ID: orderntc                      Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2024:**

| Recip ID | | Recipient Name and Address |
|----------|---|---------------------------|
| r | + | Thomas Novembre, Century 21 Chas Smith Agency, 150 Morgan Ave, So Amboy, NJ 08879-2532 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2024                          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2024 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Warren Brumel | on behalf of Debtor Bryan J. Sachs wbrumel@keyportlaw.com  brumellawecf@gmail.com;wbrumel@keyportlaw.com |
| William M.E. Powers, III | on behalf of Creditor Bank of America  N.A. ecf@powerskirn.com |

TOTAL: 5