Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−11662−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Bryan J. Sachs
   655 Woodland Avenue
   Laurence Harbor, NJ 08879

Social Security No.:
   xxx−xx−8010

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:      4/10/24
Time:      02:00 PM
Location:  Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Warren Brumel, Debtor's Attorney

COMMISSION OR FEES
fee: $2730.00

EXPENSES
expenses: $50.00

If this is a chapter 13 case, the fees and expenses awarded:

   ☑   will not reduce the amount to be paid to general unsecured
       creditors under the plan.

   ☐   will reduce the amount to be paid to general unsecured
       creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: March 18, 2024
JAN:

                                                                                          Jeanne Naughton
                                                                                          Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 22-11662-MBK

Bryan J. Sachs  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3 | User: admin | Page 1 of 3
Date Rcvd: Mar 18, 2024 | Form ID: 137 | Total Noticed: 38

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bryan J. Sachs, 655 Woodland Avenue, Laurence Harbor, NJ 08879-2728 |
| sp | + | Kevin H. Morse, Slavin & Morse, LLC, 234 Main Street, Woodbridge, NJ 07095-1929 |
| r | + | Thomas Novembre, Century 21 Chas Smith Agency, 150 Morgan Ave, So Amboy, NJ 08879-2532 |
| 519520535 | + | American Express, PO Box 31511, Salt Lake City, UT 84131-0511 |
| 519520543 | + | Chris and Julie Sachs, 1703 Country Ln, Monroe, WI 53566-2627 |
| 519520553 | + | Deborah Sachs, c/o Middlesex Co Probation, 189 New Street, New Brunswick, NJ 08901-2068 |
| 519520554 | + | Deborah Sachs, 47B Galewood Dr, Matawan, NJ 07747-4426 |
| 519520547 | | Harley Davidson/US Bank, PO Box 6335, Fargo, ND 58125-6335 |
| 519520550 | | Mavis/Synchrony Bank, Att: Bankruptcy Dept., PO Box 965064, Orlando, FL 32896-5064 |
| 519520551 | + | Pep Boys Synchrony, PO Box 965036, Orlando, FL 32896-5036 |
| 519522025 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 18 2024 21:19:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 18 2024 21:19:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519520534 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 18 2024 21:23:28 | Amazon Synchrony Bank, PO Box 960013, Orlando, FL 32896-0013 |
| 519520536 | | Email/PDF: bncnotices@becket-lee.com | Mar 18 2024 21:24:32 | American Express, PO Box 297858, Fort Lauderdale, FL 33329-7858 |
| 519540398 | | Email/PDF: bncnotices@becket-lee.com | Mar 18 2024 21:46:36 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519520538 | | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 18 2024 21:01:00 | Bank of America, 1950 N Stemmons Fwy, Ste 6020, Dallas, TX 75207 |
| 519520537 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 18 2024 21:01:00 | Bank of America, PO Box 672050, Dallas, TX 75267-2050 |
| 519564576 | | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 18 2024 21:01:00 | Bank of America, N.A., P.O. Box 31785, Tampa FL 33631-3785 |
| 519527196 | | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 18 2024 21:01:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519520539 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 18 2024 21:35:00 | Capital One, Bankruptcy Department, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519538083 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 18 2024 21:24:04 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519520540 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 18 2024 21:23:26 | Capital One Services LLC, Att: Bankruptcy Department, PO Box 30285, Salt Lake City, UT |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 18, 2024 | Form ID: 137 | Total Noticed: 38 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 84130-0285 |
| 519520544 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 18 2024 21:24:22 | Citi Cards Home Depot, PO Box 790345, Saint Louis, MO 63179-0345 |
| 519520545 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 18 2024 21:24:35 | CitiCards, PO Box 790345, Saint Louis, MO 63179-0345 |
| 519520546 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 18 2024 21:34:54 | Exxon/Mobil, Att: Citi, PO Box 6404, Sioux Falls, SD 57117-6404 |
| 519520541 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 18 2024 21:35:36 | Chase, PO Box 15298, Att: Bankruptcy Dept, Wilmington, DE 19850-5298 |
| 519520542 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 18 2024 21:24:22 | Chase Cardmember Serv, PO Box 15548, Wilmington, DE 19886-5548 |
| 519543441 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Mar 18 2024 21:17:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519566258 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 18 2024 21:23:56 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519520548 | | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 18 2024 21:24:23 | Littman Jewelers/Synchony Bank, PO Box 965033, Orlando, FL 32896-5033 |
| 519520549 | | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 18 2024 21:35:29 | Lowe's, Att: Synchrony Bank, PO Box 965004, Orlando, FL 32896-5004 |
| 519530888 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 18 2024 21:19:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519579707 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 18 2024 21:24:23 | Portfolio Recovery Associates, LLC, c/o Exxon Mobil, POB 41067, Norfolk VA 23541 |
| 519557965 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 18 2024 21:24:09 | Portfolio Recovery Associates, LLC, c/o Lowes, POB 41067, Norfolk VA 23541 |
| 519565148 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 18 2024 21:46:53 | Portfolio Recovery Associates, LLC, c/o THE HOME DEPOT, POB 41067, Norfolk, VA 23541 |
| 519520552 | + | Email/Text: ngisupport@radiusgs.com | Mar 18 2024 21:18:00 | Radius Global Solutions LLC, 500 N Franklin Tpke, Ste 200, Ramsey, NJ 07446-1178 |
| 519555627 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 18 2024 21:19:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |

TOTAL: 27

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519544970 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519545003 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 18, 2024 | Form ID: 137 | Total Noticed: 38 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 20, 2024        Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Warren Brumel | on behalf of Debtor Bryan J. Sachs wbrumel@keyportlaw.com brumellawecf@gmail.com;wbrumel@keyportlaw.com |
| William M. E. Powers, III | on behalf of Creditor Bank of America N.A. ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor Bank of America N.A. ecf@powerskirn.com |

TOTAL: 6