UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
Warren Brumel, Esq. (018191980)
Attorney for Debtor
PO Box 181
Keyport, NJ 07735
732-264-3400

Order Filed on April 10, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Bryan J. Sachs

Case No.: 22-11662

Chapter: 13

Judge: MBK

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: April 10, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Warren Brumel, Esq._____, the applicant, is allowed a fee of $ _____2730.00_____ for services rendered and expenses in the amount of $_____50.00_____ for a total of $_____2780.00_____. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____*_____ per month for _____ months to allow for payment of the above fee.

*Payment to be determined by the bankruptcy trustee

rev.8/1/15